UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-76-FDW

| | |
|---|---|
| JOSHUA L. BURR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| MACON COUNTY SHERIFFS ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action, filed pursuant to 42 U.S.C. § 1983. Plaintiff filed an IFP application when he filed this action on March 16, 2017, and while a pre-trial detainee at the Macon County Detention Center, but the Court filings indicate that he was subsequently released on May 9, 2017. See (Doc. No. 5 at 1). It appearing to the Court that Plaintiff is once again incarcerated at the detention center, the Court will instruct the Clerk of this Court to mail Plaintiff a new IFP application for Plaintiff to fill out. Alternatively, Plaintiff may pay the filing fee for this action. If, within 20 days of receiving the new IFP application, Plaintiff fails to return the application, or does not pay the filing fee, this matter will be dismissed without prejudice and without further notice to Plaintiff.

Signed: October 3, 2017

Frank D. Whitney
Chief United States District Judge